IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
U.S. District Court
District of Kansas

SEP 1 8 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

Sheervonda M Prince )
Valentine Barker )
)
_____ )
(Enter above the full name of the Plaintiff(s) )

6:24-cv-1166-JWB-GEB

vs.    partica )
Judge Walters )
Name )
1900 E. Morris )
Street and number )
Wichita  Kansas  67211 )
City        State        ZipCode )

Case Number SG2024SC336

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff Sheervonda M Prince    Confidential

Address 3707 E. Ross Parkway Apt 2

Wichita, Kansas 67210

_____

Department Family
Children services
St.Francis ministers For Children
emberhope

ASHLEE HUTTON
Notary Public - State of Kansas
My Appt. Expires 08/2026

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _Judge Walters_ is

employed at _Juvenile Department_

_18th Judicial District Court state of Kansas_

C.    Additional Defendants _Department Family services_

_2601 S. Oliver ST_

_Wichita, KS 67210_

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

    1.    Plaintiff is a citizen of the State of _Kansas_

    2.    The first-named defendant above is either

        a.   a citizen of the State of _____; or

        b.   a corporation incorporated under the laws of the State of

               _____ and having its principal place of business

        in a State other than the State of which plaintiff is a citizen.

    3. The second-named defendant above is either

        a.     a citizen of the State of _____; or

        b.     a corporation incorporated under the laws of the State of

        _Kansas_ and having its principal place of business in a

        State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

# LETTER OF INTENT TO SUE

Confidental

~~████████████~~

3707 E. Ross Park Way apt 2
Wichita, KS 67210
(316) 883-6472

September 13, 2024

DEAR: Judge patrick Walters,
Department OF children
and Family, Saint ministries,
emberhope.

This letter of intent to sue
Shall serve as a formal notice
~~████ Sherronda prince ████~~ intends to
Commence a lawsuit against
You,II due to the following
unauthorized removal of the
Children located at 3707 E.
Ross park Way Apt 2 Wichita,
Kansas.

I   The plaintiff ~~████████████~~

II The DEFENdants: → Next page

ST. francis-ember Hope Connections
1140 E. 47th St. S
Wichita, KS 67216
316-247-4487

Connect 4 Success
24401 W 39th St S, Goddard, KS 67052
316-247-4487

DeParment Children Family
services
2601 oriver, Wichita, KS
67210
316-337-7000

ember Hope Connection
Family engagement
140 E 47th St
Wichita, KS 67216
+1 (316) 247-4487

B.    (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☑ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Conflict of interest, false and misleading statements. defendant's acted with malice or recklessly without care for your rights), and nominal damages (meaning Rights were violated but suffered minimal or monetary losses,

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

Judge patrick walters,
Saint Francis ministries,
ember hope.

III Settlement demand
    as result of your action.
The plaintiff seeks settlement
4.8 million
use for damages consent
of pain suffering, making
false statments, unpleasant
remarks, denied Counsel
damages to reputation
(verbal, media) slander
not allowing freedom speech
falseing information.

This offer to Settle this
matter outside court and
avoid lawsuit is for 160
days from the effective
date. or I will proced

V Governing law.
This Letter of intent
Shall be governed under
the laws of the state

of Kansas.

sincerely

Sheewonella prisa

9-13-24

<u>false statement about you by individual</u>
<u>the statement be slanderous.</u>

_____

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑    No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes ☑    No ☐

VII.    Do you claim punitive monetary damages?   Yes ☑    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

<u>Defamation libels slander, or similar</u>
<u>Claim alleging that forms of speech are false,</u>
<u>have Caused damage to reputation or emotional</u>
<u>distress, have presented any person false light or</u>
<u>have resulted criticism, dishonor Condemination</u>
of any person. Means a Court, administrative
body or other tribunal a united states or foreign
County 28 uscs
defendant's acted with malice, recklessly
without Care for your rights), and nominal
damages (meaning your rights were violated
but suffered minimal or monetary losses
You can also ask for an injuction, which
directs false statements made orally
Which defames another Person 509 us. 443
offenses involving violence, dishonesty (1993
breach of trust serious intereference with
the administration of justice are that category
a pattern of repeated offenses even ones
of minor significate when considered separately
Can indicate indifference to legal obligation.

(B)

Dates
2/23
4/23
12/22
1/23
9/19
5/20
3/23
6/24
5/23

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☑    No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Since case Been open
2/23, 4/23, 12/22, 4/24, 1/23
Nothing was corrected

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Judicial Conduct

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☑    This cause, or a substantially equivalent complaint, was previously filed in this court as case number SG2024SC336 and assigned to the Honorable Judge Court Room 5-3 5th floor

☐    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_SheerVonda Prince_
Signature of Plaintiff

Sheervonda prince
Name (Print or Type)

3707 E. Ross parkway apt 2
Address
wichita, KS 67210

5

_____
City          State          Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☑Wichita,    ☐Kansas City , or    ☐Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

_Sheewonda prince_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {    ☐Yes or    ☐No   }
(Select One)

undecided

_Sheewondaprina_
Signature of Plaintiff

Dated: 9/18/24
(Rev. 10/15)

6



Defamation has occured requiring them to remove false statements from any websites, social platforms, or forum posts, or face possible legal action.

false statements of fact were made, consisting of copies of emails, news paper articles, screenshots, of social posts, or affidavits, that verbal slander occured

evidence that there was damages to your reputation or business, by showing, for example, a drop off in sales or customer reviews referring back to the false state-ments.

evidence that the defamatory statements were so damaging that the victim is reasonably expected to have suffered harm.

actual Damages- are compen-sation awarded by a court in response to the injuries and losses suffered. These damages may include loss of reputation, loss of income, shame, embarrass-ment, mental anguish, and more.

Punitive damage-are awarded when a defendant's conduct has



punitive damage
defendants conduct has been
especially reckless or intention-
ally malicious

There are, Some defamatory Statements
that are so damaging that the
Victim have Suffered harm. These
Statements include situtains where
the plaintiff's accused of.

false statements criminality,
Immorality mental and emotional
distress. Communcation to a third
party, which result in provable
damages.

The concept of defamation
includes libel and slander

The law of defamation protects
each persons right to self-
worth and dignity. Without
the law of defamation, Indi-
Viduals and companies will
find it hard regain their
reputation.

actual damages are meant
to restore the defamed party
to the position they would've
been in if the defamation

③

had never happened. They can also include non-monetary losses, such as mental anguish, pain and suffering and emotional distress

punitive damages

are awarded to punish the defamer for their conduct and to prevent such conduct from happening in the future to punitive damages to       me

defamer acted with fraud or malice. acted with fraud or malice since you have to prove that. they intended to deceive and hurt me

The statement was made about the plaintiff's reputation honesty, integrity that is not true.

The plainff suffers damages as a result of the statements.

Slander is a form of defamation that consists of making false oral statements about a person which would damage that person's reputation if one spreads a rumor that is not true. the person making such false statements could be held liable for slander.

Libel also may result from picture or visual representation truth is an absolute defense to slander or libel.

an untrue statements made in a court of law. an untrue statement made about a person making it may be liable for criminal ~~Persury~~ perjury.

demands that defendant(s) cease making libelous or slanderous statements or appropriate legal action will be taken.

June 6, 2024

The Judge Refuse
to let me speak
I was accused of
Faised information
That is damaged

ASHLEE HUTTON
Notary Public - State of Kansas
My Appt. Expires 6|8|2026